**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Daniel E Hunter Sr.

    **Debtor(s)**                                      Case No.: 10–39722

                                                 Chapter:   7

---

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/8/11

MARVIN ISGUR
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: admin              Page 1 of 2              Date Rcvd: Feb 08, 2011
Case: 10-39722               Form ID: fnldtxs          Total Noticed: 70
```

The following entities were noticed by first class mail on Feb 10, 2011.
```
db          +Daniel E Hunter, Sr.,   5007 Tarnbrook Dr.,   Houston, TX 77084-2362
cr          +First Bank, assignee of Small Business Loan Source,   c/o Larry C. Morris, Attorney,
             4295 San Felipe, Suite 210,   Houston, TX 77027-2915,   US
cr          +USAA,   P.O. Box 829009,   Dallas, TX 75382-9009
7192917     +AOC Welding,   3920 Ave H,   Rosenbeg, TX 77471-2808
7192918      AT&T Mobility,   P.O. Box 6463,   Carol Stream, IL 60197-6463
7192919     +AT&T White Pages,   P.O. Box 5001,   Carol Stream, IL 60197-5001
7192916     +Airgas Southwest,   PO Box 676031,   Dallas, TX 75267-6031
7192921      Bank of America,   P O Box 15026,   Wilmington, DE 19850-5026
7192920     +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
7192922     +Banner Life Insurance,   1701 Research Blvd.,   Rockville, MD 20850-3189
7192923     +Bradley Chapman Insurance,   310 E. I-30,   Garland, TX 75043-8000
7192924     +Building Components,   11919 North Garden,   Houston, TX 77071-3109
7192925      Camp Logan Cement Works,   P.O. Box 70126,   Houston, TX 77270-0126
7192926     +Captial One,   PO Box 60599,   City of Industry, CA 91716-0599
7192927     +Chamberlain P&S Warehouse,   P.O. Box 99152,   Chicago, IL 60693-9152
7192928     +Chaogic Systems,   5757 Westheimer,   Suite 3215,   Houston, TX 77057-5749
7192929     +Chase,   PO Box 94014,   Palatine, IL 60094-4014
7192930     +Chase Auto Finance,   P.O. Box 78068,   Phoenix, AZ 85062-8068
7192931     +Chevron Credit Card,   P.O. Box 921729,   Norcross, GA 30010-1729
7192932      Comcast,   PO Box 660618,   Dallas, TX 75266-0618
7192933     +Controlled Products Systems Group,   5000 Osage St.,,   Suite 500,   Denver, CO 80221-7820
7192934     +Court Hardware,   2830 South Main Street,   Stafford, TX 77477-5590
7192935     +Curtis Steel Company,   PO Box 4346,   Dept 574,   Houston, TX 77210-4346
7192936     +DanMarc Group, Inc.,   14038 S. Gesner,   Missouri City, TX 77489-1001
7192937     +Dixiquip,   4650 S Sam Houston Pkwy E,   Houston, TX 77048-5908
7192938     +First Bank (St. Louis, Mo.),   f/k/a Small Business Loan Source, Inc.,   9801 Westheimer,
             11th Floor,   Houston, TX 77042-3950
7192939     +Fort Bend County Tax,   Patsy Schultz,   1317 Eugene Heimann Cl.,   Richmond, TX 77469-3623
7192940     +Fort Bend County Tax A/C,   1317 Eugene Heimann Circle,   Richmond, TX 77469-3623
7216560     +Fort Bend Independent School District,   1317 Eugene Heimann Circle,   Richmond, TX 77469-3623
7192941     +Gainsborough Waste,   5207 Kiam,   Houston, TX 77007-1214
7192942     +Gary M. Pedlar,   1260 Fm Oak Rd.,   Suite 111,   Katy, TX 77494-5603
7192913     +Harris County, et al.,   c/o John P. Dillman,   Linebarger Goggan Blair & Sampson,   P O Box 3064,
             Houston, TX 77253-3064
7192943     +Hilti Co.,   P.O. Box 120001,   Dept. 0890,   Dallas, TX 75312-0001
7192944      Home Depot Credit Card,   P.O. Box 6029,   Dept. 32   2001691520,   The Lake, NV 88901-6029
7192945     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   P O Box 21126,   Philadelphia, PA 19114)
7192914      Internal Revenue Service,   Insolvency Section,   1919 Smith MAIL STOP HOU 5022,
             Houston, TX 77002
7192946      Jamieson Mfg. Co.,   P.O. Box 769008,   Dallas, TX 75376-9008
7192947     +Jeff Ray Incorporated,   523 Venice St.,   Sugar Land, TX 77478-3257
7192948     +Keystone Resources,   1329 Nicholson St.,   Houston, TX 77008-4103
7192949     +Lenard Gabert & Assoc.,   3801 Kirby Dr.,   Suite 415,   Houston, TX 77098-4154
7192950      Llantes EI8,   2021 Highway 90,   Missouri City, TX 77489
7192951      Lowes Credit Card,   P.O. Box 530970,   Atlanta, GA 30353-0970
7192953      Office Depot,   Office Depot Credit Plan,   P.O. Box 689020,   Des Moines, IA 50368-9020
7192954     +Piassoli, Donald & Melissa,   19358 County Rd. 48.8,   Aguilar, CO 81020-9780
7192955     +Potter, Wanda,   4615 Hickory Downs Dr.,   Houston, TX 77084-3521
7192956      Premium Assignment Corp.,   P.O. Box 3100,   Tallahassee, FL 32315-3100
7192958     +QY Group Texas,   8303 Southwest Freeway,   Suite 980,   Houston, TX 77074-1621
7192957     +Queen Ready Mix,   8702 Liberty Crest,   Houston, TX 77028-5707
7192912      Securities & Exchange Commission,   Attn: Angela Dodd,   175 W. Jackson Blvd.,   Suite 900,
             Chicago, IL 60604-2908
7192960     +Sherwin Williams,   9920 US Hwy 90-A,   Sugar Land, TX 77478-3196
7192961     +Sigma Eng. Svcs,   8554 Katy Freeway,   Suite 340,   Houston, TX 77024-1849
7192962     +Small Business Administration,   9301 Southwest Fwy # 550,   Houston, TX 77074-1510
7192963     +Sparklets & Sierra Springs,   P.O. Box 660579,   Dallas, TX 75266-0579
7192964     +Stafford Auto Supply,   12005 Wilcrest Dr.,   Houston, TX 77031-1901
7192965     +Stafford Chevron,   2238 South Main St.,   Stafford, TX 77477-5518
7192966     +Stargel Office Solutions,   4700 Blalock Road,   Houston, TX 77041-9239
7192967     +Sunbelt Fastners,   P.O. Box 741651,   Houston, TX 77274-1651
7192968     +Sunstate Equip.,   17111 Katy Freeway,   Houston, TX 77094-1403
7192969     +T S Dist.,   P.O. Box 431133,   Houston, TX 77243-1133
7192970      TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,   111 E. 17TH STREET,   AUSTIN, TX 78774-0001
7192971      Texas Mutual Ins.,   Attn: Policy Accounting,   P.O. Box 841843,   Dallas, TX 75284-1843
7192972     +Triangle Fastner Corp.,   4308 Solutions Center,   Chicago, IL 60677-4003
7192973     +Triple S. Steel,   P.O. Box 21119,   Houston, TX 77226-1119
7192974     +USAA Federal Savings Bank,   10750 McDermott Fwy,   San Antonio, TX 78288-1600
7192975      USAA Savings Bank,   10750 McDermott Frwy,   San Antonio, TX 78288-0570
7192976     +Vendor Guide,   P.O. Box 1805,   Euless, TX 76039-1805
7192978      Whirlwind Steel Bldgs.,   P.O. Box 202801,   Dallas, TX 75230-2801
```

The following entities were noticed by electronic transmission on Feb 08, 2011.
```
7192952     +E-mail/Text: lamiller@mcelroymetal.com                           McElroy Metal,
             Accounts Receivable,   P.O. Box 1148,   Shreveport, LA 71163-1148
7192959      E-mail/Text: credit@rscrental.com                                RSC Equip. Rental,   P.O. Box 840514,
             Dallas, TX 75284-0514
7192977      E-mail/PDF: bankruptcyverizoncom@afni.com Feb 09 2011 00:09:52    Verizon Southwest,
             P.O. Box 920041,   Dallas, TX 75392-0041
                                                                              TOTAL: 3
```

```
District/off: 0541-4          User: admin              Page 2 of 2            Date Rcvd: Feb 08, 2011
Case: 10-39722               Form ID: fnldtxs         Total Noticed: 70
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          JPMorgan Chase Bank, NA
7192915*    Internal Revenue Service,    Insolvency Section,    1919 Smith MAIL STOP HOU 5022,
            Houston, TX 77002
                                                                        TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2011**                    **Signature:**